**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 20-cv-2471<br><br>Judge Ellis |
| Plaintiffs, | ) ) | Magistrate Judge Cummings |
| v. | ) ) | |
| THREE-D ENTERPRISES, INC., a dissolved Illinois Corporation | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, ET AL, by counsel, and hereby dismiss this action against Defendant, THREE-D ENTERPRISES, INC., an Illinois Corporatoin, without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

In support thereof, Plaintiffs state:

1. Plaintiffs filed their Complaint on April 22, 2020.

2. Plaintiffs served Defendant with the Complaint on April 24, 2020.

3. Defendant not having answered, Plaintiffs may voluntarily dismiss the case without prejudice.

**WHEREFORE**, Plaintiffs give this notice, dismissing the case without prejudice.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,**

s/Grant R. Piechocinski
One of Their Attorneys

Donald D. Schwartz
James R. Anderson
Grant R. Piechocinski
ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, IL 60601
(312) 236-0415

## **CERTIFICATE OF SERVICE**

       I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 27th day of October 2020, and a copy of the foregoing was sent to the following parties by operation of the Courts electronic filing system and by U.S. Mail.

Three-D Enterprises, Inc.
c/o its Registered Agent, Dennis Michon
15255 S. 94th Ave., Suite 205
Orland Park, IL 60462

/s/Grant R. Piechocinski
**ARNOLD AND KADJAN LLP**
35 E. Wacker Dr., Ste. 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax (312) 341-0438